

FILED
6/3/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JKS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

KEYONTE D. LOVE and
RICKY A. WILLIS

Case No.
**1:26-cr-00276**
**Judge Franklin U. Valderrama**
**Magistrate Judge Laura K. McNally**
**Random/Cat 4**

Violations: Title 18, United
States Code, Sections 2,
1201(a), 1201(c), and 1951

## COUNT ONE

The SPECIAL SEPTEMBER 2025 GRAND JURY charges:

1. Beginning in or about September 6, 2025, and continuing until on or about September 7, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KEYONTE D. LOVE and
RICKY A. WILLIS,

2. defendants herein, did conspire with each other to willfully and unlawfully seize, confine, kidnap, abduct, and carry away Victim 1, and hold Victim 1 for ransom and otherwise hold him for their own purpose and benefit, and to use means, facilities, and instrumentalities of interstate commerce in committing and in furtherance of the commission of the offense, in violation of Title 18, United States Code, Section 1201(a)(1). It was part of the conspiracy that defendants LOVE and WILLIS agreed to confine and kidnap, and hold for ransom and otherwise, Victim 1, in order to extort and attempt to extort money from Victim 1 and other individuals including Victim 2 and Victim 3.

3. It was further part of the conspiracy that defendants LOVE and WILLIS agreed to approach Victim 1 on the Chicago Transit Authority (CTA) train and to threaten to harm and kill Victim 1 if Victim 1 did not give defendants LOVE and WILLIS money.

4. It was further part of the conspiracy that defendants LOVE and WILLIS forced Victim 1 to follow defendants LOVE and WILLIS to the back of the train car by threatening to harm and kill Victim 1.

5. It was further part of the conspiracy that defendants LOVE and WILLIS forced Victim 1 to exit the CTA train with defendants LOVE and WILLIS by threatening to harm and kill Victim 1.

6. It was further part of the conspiracy that defendants LOVE and WILLIS forced Victim 1 to follow defendants LOVE and WILLIS on foot to a location approximately 0.3 miles south of the CTA station by threatening to harm and kill Victim 1.

7. It was further part of the conspiracy that defendants LOVE and WILLIS called individuals who knew Victim 1—including Victim 2 and Victim 3—using Victim 1's cellular telephone, and threatened to harm and kill Victim 1 if Victim 2, Victim 3, and others did not wire money to mobile payment application accounts that defendants LOVE and WILLIS controlled.

8. It was further part of the conspiracy that defendants LOVE and WILLIS misrepresented, concealed, and hid, caused to be misrepresented, concealed and hidden, and attempted to misrepresent, conceal and hide the nature and purposes of

2

the conspiracy, in violation of Title 18, United States Code, Section 1201(a)(1).

## Overt Acts

9.      It was further part of the conspiracy that defendants LOVE and WILLIS committed one or more of the following acts, among others, in furtherance of and to effect the objects of the conspiracy:

a.      On or about September 6, 2025, at approximately 4:39 a.m., defendants LOVE and WILLIS approached Victim 1 on a CTA train and threatened to harm and kill Victim 1 if Victim 1 did not give defendants LOVE and WILLIS money.

b.      On or about September 6, 2026, at approximately 4:42 a.m., defendants LOVE and WILLIS forced Victim 1 to open Victim 1's mobile banking application and attempt to transfer funds to LOVE and WILLIS.

c.      On or about September 6, 2025, at approximately 4:54 a.m., defendants LOVE and WILLIS threatened to harm and kill Victim 1 if Victim 1 did not follow defendants LOVE and WILLIS to the back of the train car.

d.      On or about September 6, 2025, defendants LOVE and WILLIS forced Victim 1 to identify contacts in Victim 1's cellular telephone who defendants LOVE and WILLIS could call to demand and obtain money.

e.      On or about September 6, 2025, at approximately 4:56 a.m., defendant LOVE used Victim 1's cellular telephone to call Victim 2 and threaten to harm and kill Victim 1 if Victim 2 did not electronically send money to defendant WILLIS. Thereafter, Victim 2 electronically sent money to an account controlled by

3

WILLIS.

   f.  On or about September 6, 2025, at approximately 5:02 a.m., defendant LOVE used Victim 1's cellular telephone to call Victim 3 and threaten to harm and kill Victim 1 if Victim 3 did not electronically send money to defendant WILLIS. Thereafter, Victim 3 electronically sent money to an account controlled by WILLIS.

   g.  On or about September 6, 2025, at approximately 5:09 a.m., defendants LOVE and WILLIS forced Victim 1 to exit the CTA station with defendants LOVE and WILLIS by threatening to harm and kill Victim 1 if Victim 1 ran from defendants LOVE and WILLIS or tried to seek help.

   h.  On or about September 6, 2025, defendants LOVE and WILLIS continued to confine Victim 1 using threats of force and violence until approximately 5:50 a.m. Upon releasing Victim 1, defendants LOVE and WILLIS threatened force and violence to Victim 1 if Victim 1 did not continue to electronically send money to LOVE and WILLIS or contacted law enforcement.

   i.  On or about September 7, 2026, defendants LOVE and WILLIS contacted Victim 1 by cellular telephone to demand that Victim 1 electronically send money to LOVE and WILLIS.

  In violation of Title 18, United States Code, Section 1201(c).

4

## **COUNT TWO**

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KEYONTE D. LOVE and
RICKY A. WILLIS,

defendants herein, willfully and unlawfully seized, confined, kidnapped, abducted, and carried away Victim 1, and held Victim 1 for ransom and otherwise held him for their own purpose and benefit, and in committing and in furtherance of the commission of the offense used a means, facility, and instrumentality of interstate commerce,

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

## <u>COUNT THREE</u>

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KEYONTE D. LOVE and
RICKY A. WILLIS,

defendants herein, did affect commerce, and the movement of articles and commodities in commerce, by extortion, as "commerce" and "extortion" are defined in Title 18, United States Code, Section 1951(b), in that the defendants did obtain a wire transfer of money from Victim 2, with Victim 2's consent induced by the wrongful use of actual and threatened force, violence, and fear;

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FOUR

The SPECIAL SEPTEMBER 2025 GRAND JURY further charges:

On or about September 6, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

KEYONTE D. LOVE and
RICKY A. WILLIS,

defendants herein, did affect commerce, and the movement of articles and commodities in commerce, by extortion, as "commerce" and "extortion" are defined in Title 18, United States Code, Section 1951(b), in that the defendants did obtain a wire transfer of money from Victim 3, with Victim 3's consent induced by the wrongful use of actual and threatened force, violence, and fear;

In violation of Title 18, United States Code, Sections 1951(a) and 2.


A TRUE BILL:


_____

FOREPERSON


_____  _____

UNITED STATES ATTORNEY

7